UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

FILED
ASHEVILLE, N.C.
FEB 13 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

Case Number: 2:06cv2

Christina Benefield, Guillermo Mateo
    Plaintiff,

Vs().

Jenkins L. Carlson, Nantahala Women's Health Care

    Defendant

**ORDER**

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 13th day of February, 2007.

_____
United States Magistrate Judge Presiding