# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:06cv2

| | |
|---|---|
| CHRISTINA BENEFIELD and GUILLERMO MATEO, as Co-Personnel Representatives of the ESTATE OF DIANA CHRISTINE MATEO, <br><br> Plaintiffs, <br> Vs. <br><br> JENKINS L. CLARKSON, M.D., <br><br> Defendant. | JUDGMENT |

**THIS MATTER** having come before the court by Jury Trial in accordance with 28, United States Code, Section 636(c), and a decision having been rendered by a unanimous Jury Verdict, that was returned, entered, and recorded on February 20, 2007, in open court,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** in accordance with the Verdict of the Jury that **JUDGMENT** in the above captioned action is entered in favor of **DEFENDANT** and against **PLAINTIFFS,** providing that plaintiffs have and take nothing of this defendant.

Signed: February 21, 2007

_____
Dennis L. Howell
United States Magistrate Judge